**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **JAVIER PENA-ORDONEZ, 235838,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:13-CV-2096-N** |
| | ) | |
| **COLLIN COUNTY DETENTION FACILITY,** | ) | |
| **ET. AL,** | ) | |
| **Defendants.** | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the

Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are

adopted as the findings and conclusions of the Court.

Signed this 28th day of June, 2013.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE